UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| THOMAS E. CRAWFORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-CV-007-KAC-SKL |
| BEDFORD COUNTY JAIL and JAY POKE, | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action under Federal Rule of Civil Procedure 41(b). The Court also **CERTIFIED** that any appeal would not be taken in good faith, and **DENIED** Plaintiff leave to appeal *in forma pauperis* should he file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. No issues remain in this case, so the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

**ENTER:**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
   CLERK OF COURT